UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 23-3187

UNITED STATES OF AMERICA,                        Appellee,

v.

JONATHAN JOSHUA MUNAFO,                        Appellant.

### APPELLEE'S MOTION TO FILE SUPPLEMENTAL APPENDIX

Pursuant to Federal Rule of Appellate Procedure 27(a) and District of Columbia Circuit Rule 30, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court grant leave to file the Supplemental Appendix for Appellee, which accompanies the Brief for Appellee. Appellee contacted counsel for appellant, who indicated that he would need to review the filed motion before taking a position.

In compliance with Circuit Rule 30(b), which requires the appendix to "contain a copy of relevant portions of all pleadings, transcripts, and exhibits that are cited in the briefs," appellee's Supplemental Appendix

contains those district court filings that are specifically cited in the Brief for Appellee but were not included in appellant's original Appendix. Circuit Rule 30(e) provides: "If anything material to the appeal . . . is omitted from the appendix, the clerk, on the duly served and filed written request of any party, may allow the appendix to be supplemented." Because these documents are material to the appeal, and were omitted from the Appendix filed by appellant, appellee requests that the appendix be supplemented to include them.

## CONCLUSION

WHEREFORE, the government respectfully requests that the instant motion be granted.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

CHRISELLEN R. KOLB
Assistant United States Attorney

_____/s/_____
REUVEN DASHEVSKY
MA Bar # 693966
Assistant United States Attorney
601 D Street, NW, Room 6.232
Washington, D.C. 20530
Reuven.Dashevsky@usdoj.gov
(202) 252-6829

## Certificate of Compliance with Rule 27(d)

I HEREBY CERTIFY pursuant to Fed. R. App. P. 32(g) that this motion contains 211 words, and therefore complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). This motion has been prepared in 14-point Century Schoolbook, a proportionally spaced typeface.

/s/
REUVEN DASHEVSKY
Assistant United States Attorney

## Certificate of Service

I HEREBY CERTIFY that I have caused a copy of the foregoing motion to be served by electronic means, through the Court's CM/ECF system, upon counsel for appellant, Kevin E. Lerman, Esq., Kevin_Lerman@fd.org, on this 15th day of May, 2024.

/s/
REUVEN DASHEVSKY
Assistant United States Attorney