# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 23-3187 — September Term, 2024

FILED ON: DECEMBER 31, 2024

UNITED STATES OF AMERICA,
    APPELLEE

v.

JONATHAN JOSHUA MUNAFO,
    APPELLANT

Appeal from the United States District Court
for the District of Columbia
(No. 1:21-cr-00330-1)

Before: PILLARD, PAN, and GARCIA, *Circuit Judges*

## **J U D G M E N T**

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/

Michael C. McGrail
Deputy Clerk

Date: December 31, 2024

Opinion for the court filed by Circuit Judge Pillard.