UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————

No. 23-3187

———————

UNITED STATES OF AMERICA,                          Appellee,

v.

JONATHAN JOSHUA MUNAFO,                         Appellant.

**NOTICE OF WITHDRAWAL OF MOTION**

Appellee, the United States of America, respectfully notifies the Court of its withdrawal of its recently filed motion captioned "Appellee's Unopposed Motion to Vacate Convictions and Remand for Dismissal," which was improvidently filed. The government will file another motion in due course.

Respectfully submitted,

Edward R. Martin, Jr.
United States Attorney

/s/
Chrisellen R. Kolb
Assistant United States Attorney
D.C. Bar # 426343
601 D Street, NW
Washington, D.C. 20530
Chrisellen.R.Kolb@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused a copy of the foregoing motion to be served by electronic means, through the Court's CM/ECF system, upon counsel for appellant, Kevin Lerman, kevin_lerman@fd.org, on this 7th day of February, 2025.

.

                                                  /s/
                                      CHRISELLEN R. KOLB
                                      Assistant United States Attorney